Meyer Barron, Appellee, v. Edwin A. Hovorka et al., Defendants Below. On Appeal of Edwin A. Hovorka et al., Appellants.

Gen. No. 46,125. (Abstract of Decision.)

Heth, Lister & Flynn, and Di Grazia & Snyder, for appellants; Paul I. Baikoff, for appellee; Eugene A. Tappy, of counsel. Opinion by JUSTICE TUOHY. **Not to be published in full.** Opinion filed March 23, 1954; rehearing denied June 2, 1954; released for publication June 2, 1954.

Myrtle M. Nisbet, Appellant, v. Gordon A. White, Appellee.

Gen. No. 46,245. (Abstract of Decision.)